UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06- |
| | : | |
| v. | : | VIOLATION: 18 U.S.C. § 201(b)(1)(A) |
| | : | (Payment of bribes to |
| **RICHARD A. KILLETT,** | : | to a public official) |
| | : | |
| Defendant. | : | |
| | : | |

## INFORMATION

The United States Attorney informs the Court that:

1. In or about late-November of 2005, defendant RICHARD A. KILLETT met with a person he knew who worked at the Washington, D.C., Department of Motor Vehicles (hereinafter "DMV"). Defendant KILLETT discussed with this individual (hereinafter "DMV employee") the idea of bringing to the DMV employee individuals who otherwise would have difficulties obtaining DMV drivers' licenses, or endorsements or upgrades to pre-existing licenses, and who, through, defendant, would pay money to the DMV employee in return for the issuance of drivers' licenses, endorsements or upgrades. Defendant told the DMV employee that he needed a number of drivers' licenses applications.

2. Thereafter, defendant KILLETT told a number of individuals that he had a contact at DMV who could get them drivers' licenses, endorsement or upgrades for a payment of money beyond that for the normal fee for a driver's license, endorsement or upgrades.

3. On or about Friday, December 16, 2005, defendant KILLETT met with the DMV employee near the main DMV office at 301 C Street, N.W., Washington, D.C. At that time, defendant gave the DMV employee $300 as a partial payment for the production of drivers' licenses,

endorsements or upgrades for individuals defendant had solicited.

    4. On about Saturday, December 17, 2005, defendant KILLETT met with approximately six to eight individuals he had solicited to obtain drivers' licenses, or endorsements or upgrades to previously issued licenses. Per prior arrangement with defendant, these individuals met defendant outside the main DMV office and the individuals, with one exception, an individual who agreed to give the money to defendant on a later occasion, gave defendant $500 each for the purpose of obtaining the respective license, endorsement or upgrade. Defendant planned to give $300 to $350 from each individual to the DMV employee and keep the remaining amount for his role in this scheme.

    5. Defendant KILLETT and the individuals seeking drivers' licenses, endorsements or upgrades then entered the DMV office and the individuals provided their completed applications to the DMV employee. Defendant KILLETT provided the DMV employee with $3,000 from the money he had received or had been promised by the individuals seeking drivers' licenses, endorsements or upgrades, and he kept $700 for himself for his services  The DMV employee then took the individuals' photographs.

    6. The individuals were only prevented that day from obtaining the drivers' licenses, endorsements or upgrades they sought because of the arrival of law enforcement officials. The law enforcement officials took a statement from defendant KILLETT in which he admitted the above-described bribery scheme. KILLETT admitted that he knew some of the individuals for whom he acted as a middle-man and that he knew that they could not, or would not, obtain the drivers' licenses, endorsements or upgrades in a lawful manner and they sought his assistance to circumvent the DMV procedures. For example, he was told that one of his "customers" could not obtain a

driver's license because she had failed the DMV test four times. Other individuals had indicated that they wanted licenses which indicated that they were authorized to operate motorcycles or commercial trucks.

    7. Between in or about late-November of 2005 and in or about December 17, 2005, in the District of Columbia, defendant KILLETT, directly and indirectly, did corruptly give and agree to give to a public official, the DMV employee, something of value, that is, cash totaling approximately $3,300, with the intent to influence the DMV employee in that employee's official acts, that is, the issuance of District of Columbia drivers' licenses, or endorsements or upgrades to pre-existing licenses, without the DMV employee checking to determine if the respective individual was qualified to receive the license, endorsement or upgrade.

**(Payment of Bribes to a Public Official, in Violation
of Title 18, United States Code, Section 201(b)(1)(A))**

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR #  #451058


BY: _____
ROBERT BOWMAN
D.C. Bar #417176
DANIEL P. BUTLER
D.C. Bar # 417718
ASSISTANT U.S. ATTORNEYS
555 Fourth Street, N.W.
Washington, D.C.  20530
 (202) 353-2877 and (202) 353-9431
Robert.C.Bowman@USDOJ.Gov
Daniel.Butler@USDOJ.Gov