UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-052 (RMC) |
| | : | |
| v. | : | |
| | : | |
| **RICHARD A. KILLETT,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorneys Robert Bowman, Bar Number 417176, telephone number (202) 353-2877, and Daniel P. Butler, Bar Number 417718, telephone number (202) 353-9431, and this is notice of their appearances in this matter on behalf of the United States.

Respectfully submitted,

KENNETH C. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR # 451058

By: _____/s /_____
ROBERT BOWMAN
D.C. Bar #417176
DANIEL P. BUTLER
D.C. Bar # 417718
ASSISTANT U.S. ATTORNEYS
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 353-2877 and (202) 353-9431
Robert.C.Bowman@USDOJ.Gov
Daniel.Butler@USDOJ.Gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Government's Notice has been served by U.S. Mail upon counsel for the defendant, Ms. Rita Bosworth, Assistant Federal Public Defender, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004, on this 8th day of March, 2006.

        / s /
        _____
        DANIEL P. BUTLER
        ROBERT C. BOWMAN
        ASSISTANT UNITED STATES ATTORNEYS