UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

RICHARD KILLET

Criminal No. 06-52

**FILED**

MAR 31 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF INDICTMENT

I, *Richard Killet*, the above named defendant, who is accused of:

Payment of bribes to a public official - 18 U.S.C. § 201(b)(1)(A)

being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on **March 31, 2006,** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Rosemary M. Collyer
United States District Judge

31 March 2006