UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-052 (RMC) |
| | : | |
| v. | : | VIOLATION: 18 U.S.C. § 201(b)(1)(A) |
| | : | (Payment of bribes |
| | : | to a public official) |
| RICHARD A. KILLETT, | : | |
| | : | |
| Defendant. | : | |

**FILED**

MAR 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant RICHARD A. KILLETT (hereinafter "KILLETT"), with the concurrence of his attorney, Rita Bosworth, agree and stipulate to the following facts in connection with defendant KILLETT's plea of guilty to a violation of 18 U.S.C. § 201(b)(1)(A) (payment of bribes to a public official).

In or about late-November of 2005, defendant KILLETT met with a person he knew who worked at the Washington, D.C., Department of Motor Vehicles (hereinafter "DMV"). Defendant KILLETT discussed with this individual (hereinafter "DMV employee") the idea of bringing to the DMV employee individuals who otherwise would have difficulties obtaining DMV drivers' licenses, or endorsements or upgrades to pre-existing licenses, and who, through, defendant, would pay money to the DMV employee in return for the issuance of drivers' licenses, endorsements or upgrades. Defendant told the DMV employee that he needed a number of drivers' licenses applications.

Thereafter, defendant KILLETT told a number of individuals that he had a contact at DMV who could get them drivers' licenses, endorsements or upgrades for a payment of money

beyond that for the normal fee for a driver's license, endorsement or upgrade.

On or about Friday, December 16, 2005, defendant KILLETT met with the DMV employee near the main DMV office at 301 C Street, N.W., Washington, D.C. At that time, defendant gave the DMV employee $300 as a partial payment for the production of drivers' licenses, endorsements or upgrades for individuals defendant had solicited.

On about Saturday, December 17, 2005, defendant KILLETT met with approximately six to eight individuals he had solicited to obtain drivers' licenses, or endorsements or upgrades to previously issued licenses. Per prior arrangement with defendant, these individuals met defendant outside the main DMV office and the individuals, with one exception, an individual who agreed to give the money to defendant on a later occasion, gave defendant $500 each for the purpose of obtaining the respective license, endorsement or upgrade. Defendant planned to give $300 to $350 from each individual to the DMV employee and keep the remaining amount for his role in this scheme.

Defendant KILLETT and the individuals seeking drivers' licenses, endorsements or upgrades then entered the DMV office and the individuals provided their completed applications to the DMV employee. Defendant KILLETT provided the DMV employee with $3,000 from the money he had received or had been promised by the individuals seeking drivers' licenses, endorsements or upgrades, and he kept $700 for himself for his services  The DMV employee then took the individuals' photographs.

The individuals were only prevented that day from obtaining the drivers' licenses, endorsements or upgrades they sought because of the arrival of law enforcement officials. The law enforcement officials took a statement from defendant KILLETT in which he admitted the

above-described bribery scheme. KILLETT admitted that he knew some of the individuals for whom he acted as a middle-man and that he knew that they could not, or would not, obtain the drivers' licenses, endorsements or upgrades in a lawful manner and they sought his assistance to circumvent the DMV procedures. For example, he was told that one of his "customers" could not obtain a driver's license because she had failed the DMV test four times. Other individuals had indicated that they wanted licenses which indicated that they were authorized to operate motorcycles or commercial trucks.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR # #451058

BY: _____
ROBERT BOWMAN
D.C. Bar # 417176
DANIEL P. BUTLER
D.C. Bar # 417718
ASSISTANT U.S. ATTORNEYS
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 353-2877 and (202) 353-9431
Robert.C.Bowman@USDOJ.Gov
Daniel.Butler@USDOJ.Gov

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Federal Rule of Criminal Procedure 11, after consulting with my attorney, Rita Bosworth, I agree and stipulate to this Statement of the Offense.

Date: 3-31-06

Richard A. Killett
Defendant

I have discussed this Statement of Offense with my client, Richard A. Killett. I concur with his decision to stipulate to this Statement of Offense.

Date: 3-31-06

Rita Bosworth, Esq.
Attorney for Defendant Richard A. Killett