U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA

v.

RICHARD A. KILLETT

Case No. 06-052 (RMC)

**FILED**

MAR 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>O R D E R</u>

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___31ST___ day of ___MARCH, 2006___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __TO BE DETERMINED__ by __FBI SA ALBERT E. TENUTA__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __THE FBI WASHINGTON FIELD OFFICE__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __SA ALBERT E. TENUTA__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge ~~U.S. Magistrate~~ ROSEMARY M. COLLYER

DOJ USA-16-1-80

DEFENSE COUNSEL