### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 06-052 (RMC) |
| v.             ) | |
| ) | |
| RICHARD KILLETT        ) | |
| _____) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

Richard Killett, through undersigned counsel, hereby requests a continuance of his sentencing, and states in support the following:

1. On March 31, 2006, Mr. Killett pled guilty to one count of payment of bribes to a public official, in violation of 18 U.S.C. § 201(b)(1)(A).

2. Mr. Killett is scheduled to be sentenced before this Court on Friday, July 7, at 9:45 a.m.

3. Undersigned counsel has been in contact with Michael Penders, the Probation Officer assigned to this case, who has expressed some concerns about Mr. Killett's current living situation.  Mr. Penders and undersigned counsel believe it would behoove the probation office and Mr. Killett to allow Mr. Killett more time to stabilize his living situation before he is sentenced.

4. Undersigned counsel contacted Assistant United States Attorney Daniel Butler regarding a continuance, and he states that he defers to the Court on this issue.

5. Undersigned counsel has been in touch with Mr. Butler, Mr. Penders, and Ms. White to determine a possible new sentencing date.  Upon consideration of the vacation schedules of

the attorneys and the probation officer and the schedule of the Court, it appears that the week of August 21 will work for all parties in this case.

WHEREFORE Mr. Killett respectfully requests that the Court reschedule his sentencing for August 21, 22, 23, or 24 at 4:30 p.m., and he further requests that the Court adjust the due dates for the final pre-sentence investigation report and sentencing memoranda accordingly.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____

RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500