## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA )** | | |
| **)** | **Cr. No. 06-052 (RMC)** | |
| **v.          )** | | |
| **)** | | |
| **RICHARD KILLETT          )** | | |
| **_____ )** | | |

### ORDER

Upon consideration of defendant's unopposed motion to continue his sentencing, it is this

_____ day of _____, 2006, hereby

**ORDERED** that defendant's sentencing is continued, and it is further

**ORDERED** that a new date of _____ at _____ shall

be scheduled, and it is further

**ORDERED** that the final Pre-Sentence Investigation Report from the Probation Office

shall be submitted by August _____, 2006, and it is further

**ORDERED** that any memoranda in support of sentencing from the government or

defendant shall be filed by August _____, 2006.


_____
HONORABLE ROSEMARY M. COLLYER
United States District Judge