IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 06-052 (RMC) |
| v. ) | |
| ) | |
| RICHARD KILLETT ) | |
| ) | |

**ATTACHMENT 1 TO SENTENCING MEMORANDUM: DVD**

    Mr. Killett's Sentencing DVD is Attachment 1 to his Sentencing Memorandum. It was served, along with a hard copy of the memorandum, on the Court and the government on the same date that this memorandum was filed on ECF.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

      "/s/"
_____
Rita Bosworth
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500 ext.105